# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
NAVISTAR, INC.
v.
JOHN MEIER MOTOR COMPANY

Case Number:

FILED: JULY 22, 2008
08CV4162
JUDGE MORAN
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

NAVISTAR, INC.

| | |
|---|---|
| NAME (Type or print) <br> Louis S. Chronowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Louis S. Chronowski | |
| FIRM <br> SEYFARTH SHAW LLP | |
| STREET ADDRESS <br> 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269538 | TELEPHONE NUMBER <br> 312/460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com