AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NAVISTAR, INC.

CASE NUMBER: 08CV4162

V.

ASSIGNED JUDGE: JUDGE MORAN

JOHN MEIER MOTOR COMPANY

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)
JOHN MEIER MOTOR COMPANY
213 Truman Blvd.
Crystal City, MO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
SEYFARTH SHAW LLP
Attn: Michael R. Levinson
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Tel: (312) 460-5000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

July 22, 2008
Date

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-25-08 |
| NAME OF SERVER (PRINT)  John M. Mackey | TITLE  Private Detective / Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Suzanne Thurman, Manager
                                                                 Suzanne Thurman

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08
             Date                    Signature of Server

                                     206 Independence St, Cape Girardeau, MO
                                                  63702
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com