UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAVISTAR, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MEIER MOTOR COMPANY, a Missouri corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 CV 4162 <br> ) <br> ) Judge James B. Moran <br> ) <br> ) Magistrate Judge <br> ) Martin C. Ashman <br> ) <br> ) |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, JOHN MEIER MOTOR COMPANY, by and through its attorneys, LOCKE LORD BISSELL & LIDDELL LLP, hereby moves this Court for a twenty-one (21) day extension of time in which to file an Answer or otherwise plead in the above-captioned matter to, and including, September 4, 2008. In support thereof, Defendant states as follows:

1. The Complaint was filed on July 22, 2008. Defendant was served with the Summons and Complaint on July 25, 2008.

2. Defendant's Answer is due to be filed on August 14, 2008.

3. Due to the need for further investigation prior to filing a responsive pleading, counsel requests an extension of twenty-one (21) days, from August 14, 2008 to, and including, September 4, 2008 to Answer or otherwise plead.

4. Plaintiff's counsel has been advised of and has no objection to Defendant's request for a twenty-one (21) day extension of time to Answer or otherwise plead.

5. Plaintiff will not be prejudiced by this extension of time.

1

WHEREFORE, Defendant respectfully requests an Order extending its time to Answer or otherwise plead in response to Plaintiff's Complaint to, and including, September 4, 2008.

Date: August 14, 2008.

                                          Respectfully submitted,

                                          JOHN MEIER MOTOR COMPANY

                                          By: _____
                                                       One of Its Attorney

Rowe W. Snider
Kevin A. Wisniewski
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0700

## CERTIFICATE OF SERVICE

      I, Kevin A. Wisniewski, hereby certify that on the 14th day of August, 2008, I caused to be served a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** upon the following via CM/ECF system and the U.S. Mail:

      Michael R. Levinson
      Louis S. Chronowski
      Dana M. Orr
      SEYFARTH SHAW LLP
      131 South Dearborn Street
      Suite 2400
      Chicago, IL 60603
      (312) 460-5000

_____
Kevin A. Wisniewski