**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NAVISTAR, INC.,** a Delaware corporation, )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**JOHN MEIER MOTOR COMPANY,** a )<br>Missouri corporation, )<br>)<br>**Defendant.** )<br>) | **Case No. 08 CV 4162**<br><br>**Judge James B. Moran**<br><br>**Magistrate Judge<br>   Martin C. Ashman** |

**NOTICE OF MOTION**

TO:        Michael R. Levinson
           Louis S. Chronowski
           Dana M. Orr
           SEYFARTH SHAW LLP
           131 South Dearborn Street
           Suite 2400
           Chicago, IL 60603

           (312) 460-5000

    PLEASE TAKE NOTICE that on August 20, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant John Meier Motor Company, through its attorneys, LOCKE LORD BISSELL & LIDDELL LLP, shall appear before the Honorable Judge James B. Moran in the courtroom usually occupied by him in the United State District Court, 219 South Dearborn Street, Room 1843, Chicago, Illinois 60604, and shall then and there present the attached AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD in the above-captioned case, a copy of which is herewith served upon you.

Date: August 14, 2008.

                                              Respectfully submitted,

                                              JOHN MEIER MOTOR COMPANY


                                              By:    s/ Kevin A. Wisniewski
                                                          One of Its Attorney

Rowe W. Snider
Kevin A. Wisniewski
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0700

**CERTIFICATE OF SERVICE**

    I, Kevin A. Wisniewski, hereby certify that on the 14th day of August, 2008, I caused to be served a true and correct copy of the foregoing **NOTICE OF MOTION** upon the following via CM/ECF system and the U.S. Mail:

>Michael R. Levinson
>Louis S. Chronowski
>Dana M. Orr
>SEYFARTH SHAW LLP
>131 South Dearborn Street
>Suite 2400
>Chicago, IL 60603
>(312) 460-5000

                s/ Kevin A. Wisniewski
                Kevin A. Wisniewski