**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:   08 CV 4162

NAVISTAR, INC

v.

JOHN MEIER MOTOR COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN MEIER MOTOR COMPANY

| | |
|---|---|
| NAME (Type or Print) | |
| Rowe W. Snider | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rowe W. Snider | |
| FIRM   Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS   111 South Wacker Drive | |
| CITY/STATE/ZIP   Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3125194 | TELEPHONE NUMBER  (312) 443-0700 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL